No. 00–504. LOUISIANA ACORN FAIR HOUSING, INC., ET AL. v. LEBLANC. C. A. 5th Cir. Certiorari denied.

No. 00–675. JONES, SECRETARY OF STATE OF CALIFORNIA, ET AL. v. SCHAEFER. C. A. 9th Cir. Certiorari denied.

No. 00–704. CRIS REALMS, INC., ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–854. ADVANCED DISPLAY SYSTEMS, INC., ET AL. v. KENT DISPLAY SYSTEMS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 00–895. WEDDERBURN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 00–907. FOSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–910. HUMANITARIAN LAW PROJECT ET AL. v. ASHCROFT, ATTORNEY GENERAL, ET AL.; and

No. 00–1077. ASHCROFT, ATTORNEY GENERAL, ET AL. v. HUMANITARIAN LAW PROJECT ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 205 F. 3d 1130.

No. 00–929. TRANSATLANTIC SCHIFFAHRTSKONTOR GMBH v. SHANGHAI FOREIGN TRADE CORP. C. A. 2d Cir. Certiorari denied.

No. 00–946. S. S., BY AND THROUGH HER NEXT FRIEND AND GUARDIAN AD LITEM, JERVIS v. MCMULLEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1003. BELHUMEUR ET AL. v. MASSACHUSETTS LABOR RELATIONS COMMISSION ET AL. Sup. Jud. Ct. Mass. Certiorari denied.